IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Border Chicken AZ LLC, | No. CV-20-00785-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Nationwide Mutual Insurance Company, *et al.*, | |
| Defendants. | |

      Plaintiff filed its Complaint in this action on April 22, 2020. (Doc. 1.) On May 21, Defendants filed a Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6). (Doc. 11). On June 5, Plaintiff filed a First Amended Complaint (Doc. 15) pursuant to Rule 15(a). Local Rule 15.1(b) requires a party filing an amended complaint to also file a notice of the amended pleading, and attach as an exhibit a copy of the amended complaint "that indicates in what respect it differs from the pleading it amends, by bracketing or striking through the text that was deleted and underlining the text that was added." Plaintiff did not file this notice or a "redlined" version of the Complaint.

      Further, on April 28, the Court issued an Order discouraging the filing of Rule 12(b)(6) motions to dismiss "if the defect that would be the subject of the motion can be cured by filing an amended pleading." (Doc. 7.) The Order therefore directed Defendants to meet and confer with Plaintiff to address any deficiencies in the Complaint prior to filing

a motion to dismiss. Defendants certified that they conferred with Plaintiff but were unable to reach an agreement and, accordingly, filed their Motion to Dismiss. (Doc. 11 at 13.)

Rather than respond to the Motion, however, Plaintiff simply filed a First Amended Complaint. Because there is no redlined version, the Court cannot discern the substantive changes between Plaintiffs' two pleadings. However, it notes that Plaintiff's course of action—*i.e*, not amending the Complaint after the meet and conferral, and instead amending it after Defendants filed their Motion—is precisely the situation that LRCiv 12.1(c) is designed to avoid. Plaintiff's failure to adhere to the Local Rules in the future may result in sanctions.

**IT IS HEREBY ORDERED** that Plaintiff shall file a Notice of Filing with the required redlined version of the First Amended Complaint pursuant to LRCiv 15.1(b) by June 10, 2020.

Dated this 8th day of June, 2020.

Honorable John J. Tuchi
United States District Judge