**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Border Chicken AZ LLC,<br><br>        Plaintiff,<br><br>v.<br><br>Nationwide Mutual Insurance Company, et al.,<br><br>        Defendants. | NO. CV-20-00785-PHX-JJT<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed November 20, 2020, Plaintiff to take nothing, and the complaint and action are dismissed.

                                    Debra D. Lucas
                                    District Court Executive/Clerk of Court

November 20, 2020

                                    s/ Rebecca Kobza
                          By   Deputy Clerk