# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Border Chicken AZ LLC, | No. CV-20-00785-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Nationwide Mutual Insurance Company, *et al.*, | |
| Defendants. | |

At issue is the Stipulation and Agreement (Doc. 51) entered into by and between Plaintiff Border Chicken AZ LLC and Defendants Allied Property And Casualty Insurance Company and Nationwide Mutual Insurance Company. Upon review, and with good cause appearing;

IT IS ORDERED granting the Stipulation and Agreement (Doc. 51). As set forth in the Stipulation, the above-captioned matter is dismissed with prejudice with each party to bear its own attorneys' fees and costs.

Dated this 10th day of December, 2020.

Honorable John J. Tuchi
United States District Judge